# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2307

_____

United States of America,

*Plaintiff - Appellee,*

v.

Jerrell E. Coates,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 5, 2013
Filed: November 12, 2013
[Unpublished]

_____

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jerrell Coates directly appeals after he pleaded guilty to being a felon in possession of a firearm and the district court[1] imposed a sentence at the low end of

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

the Guidelines range.  His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the prison term imposed by the district court is unreasonable.

Upon careful review, we conclude that the district court did not abuse its discretion in sentencing Coates.  See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).  Further, having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw, subject to counsel informing Coates about procedures for seeking rehearing or filing a petition for certiorari.

_____